CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff
ORLANDO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>SHIHADEH DEVELOPMENT, LLC, a California Limited Liability Company; 301 GRAND CORPORATION, a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case No.: 3:22-cv-01168-WHA<br><br>**NOTICE OF SETTLEMENT** |

　　The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

　　　　　　　　　　　　　　　　　　CENTER FOR DISABILITY ACCESS

Dated: October 3, 2022　　　　　By:　/s/ Amanda Seabock
　　　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff