CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Krista Hemming, Esq. SBN 304213
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHIHADEH DEVELOPMENT, LLC, a California Limited Liability Company; 301 GRAND CORPORATION, a California Corporation; and Does 1-10,<br><br>        Defendant. | **Case No.:** 3:22-cv-01168-WHA<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Shihadeh Development, LLC, a California Limited Liability Company and 301 Grand Corporation, a California Corporation, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 9, 2022        CENTER FOR DISABILITY ACCESS

                    By:_____/s/Krista R. Hemming_____
                            Krista Hemming
                            Attorneys for Plaintiff

1